

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-24-00771-CV

**EPISD BOARD OF DIRECTORS**, Jorge Barrera, Hilda P. Martinez, Hector Alvarez, Glen Purcell, Christopher Hiller, Victor Perry, Ismael Mijares, and Samuel Mijares
Appellants

v.

Enriqueta **DIAZ**
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 24-08-43675-MCVAJA
The Honorable Amado Abascal, III Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED.

SIGNED April 16, 2025.

H. Todd McCray, Justice